In the Matter of MICHAEL BUXENBAUM, JR., Respondent, v RACHEL FULMER, Appellant.

Submitted June 27, 2011; decided September 15, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

In the Matter of KATHLEEN M. CLARK, Respondent, v MICHAEL J. CLARK, Appellant.

Submitted July 5, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of the Foreclosure of Tax Liens by COUNTY OF SULLIVAN. COUNTY OF SULLIVAN, Respondent; JUDITH ANN FAY et al., Appellants.

Submitted August 15, 2011; decided September 15, 2011

Motion for reargument of motion for leave to appeal denied [see 17 NY3d 787 (2011)].

ROBIN CUSTODI et al., Respondents, v TOWN OF AMHERST et al., Defendants, and PETER MUFFOLETTO et al., Appellants.

Submitted August 15, 2011; decided September 15, 2011

Motion to vacate this Court's July 28, 2011 preclusion order granted.